

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LIDDY,<br><br>Defendant. | Case Number: 17-mj-2531-JMA<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO HOTEL STAY** |

**GOOD CAUSE HAVING BEEN FOUND, THIS COURT ORDERS** that the Conditions of Release be and hereby are modified to allow the defendant, Raymond Liddy to stay away from his home but in San Diego County the evenings of August 23 and 24, 2017. Mr. Liddy shall inform U.S. Pre-Trial Services of where he will stay.:

All other conditions remain the same.

**SO ORDERED.**

Dated: 8/22/17

Hon. Jan M. Adler
U.S. Magistrate Court Judge

Order Granting Bail Modification